## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Electra Wave Corporation, an Oklahoma
Corporation

          Plaintiff,

   vs.

(1) Kalorik Home Appliances, a Belgium
Corporation, and

(2) Ming's Mark Inc., an Arizona
Corporation,

          Defendants.

**Case No.:  CIV-16-465-R**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF, ELECTRA WAVE CORPORATION AND DEFENDANT, KALORIK HOME APPLIANCES (TIGA HOME APPLIANCES)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Electra Wave Corporation, and Defendant, Kalorik Home Appliances (TIGA Home Appliances), through their undersigned counsels, hereby stipulate to dismiss all claims and counterclaims that have been claimed or could have been claimed with prejudice.

This stipulated motion is made pursuant to a Settlement Agreement by the Parties without admission by any party of wrongdoing or liability on any of the asserted claims.

Respectfully submitted,

s/Daniel P. Dooley
DANIEL P. DOOLEY (OBA No. 18551)
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON
100 North Broadway, Suite 2900
Oklahoma City, Oklahoma 73102-8865
Telephone:    (405) 553-2301
Facsimile:     (405) 553-2855
E-Mail: ddooley@hallestill.com

**ATTORNEY FOR PLAINTIFF**


s/Barry Haley
(*signed by filing attorney with permission*)
BARRY HALEY
Malin Haley DiMaggio & Bowen, P.A.
1936 South Andrews Ave.
Fort Lauderdale, Florida 33316
Telephone:   (954) 763-3303
Facsimile:    (954) 522-6507
Email: blh@mhdpatents.com

**ATTORNEY FOR DEFENDANT
KALORIK HOME APPLIANCES (TIGA
HOME APPLIANCES)**