# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Electra Wave Corporation, an Oklahoma Corporation<br><br>        Plaintiff,<br><br>vs.<br><br>(1) Kalorik Home Appliances, a Belgium Corporation, and<br><br>(2) Ming's Mark Inc., an Arizona Corporation,<br><br>        Defendants. | Case No.: CIV-16-465-R |

## ORDER

**WHEREFORE**, Plaintiff, Electra Wave Corporation, and Defendant, Kalorik Home Appliances (TIGA Home Appliances), by and through their respective counsel, jointly moved this Court for the entry of a dismissal of all claims against Kalorik Home Appliances (TIGA Home Appliances) pursuant to the Joint Stipulation of Dismissal with Prejudice by Plaintiff, Electra Wave Corporation and Defendant, Kalorik Home Appliances (Doc. No. 17); **HEREBY ORDERED** that this case shall be dismissed against Kalorik Home Appliances (TIGA Home Appliances) with prejudice.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2016.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE